

## NUMBER 13-07-00605-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**THE STATE OF TEXAS,** **Appellant,**

**v.**

**KRYSTAL LEE GUTIERREZ,** **Appellee.**

---

### On Appeal from the 404th District Court
### of Cameron County, Texas.

---

### MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, the State of Texas, by and through its County and District Attorney for Cameron County, the Honorable Armando R. Villalobos, has filed a motion for dismissal of its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion and dismiss the appeal. Having dismissed the appeal at appellant's request, no

motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM


Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and filed
this 12th day of June, 2008.